Form 27 - GENERAL PURPOSE

**BABCHIK & YOUNG, LLP**
**ATTN: MATT SOLOMON**

UNITED STATES SOUTHERN DIST. COURT        NEW YORK   COUNTY
---------------------------------------------------------

|  |  |
|---|---|
| WILLIAM KORTLEVEN, ON BEHALF OF                plaintiff<br>HIMSELF AND ALL OTHERS SIMILARLY SIT<br>            - against -<br><br>NEW ROCHELLE MEDICAL CENTER N/K/A              defendant<br>SOUND SHORE MEDICAL CENTER OF WESTCHESTER | Index No. **08-CIV-6295**<br><br>Date Filed   ...........<br><br>Office No.<br><br>Court Date:   /  / |

---------------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK            :SS:

**JEFFREY CAMPOLO**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
 That on the  **23rd  day of July, 2008**      at  **10:42 AM.**,                at
  **16 GUION PLACE   MAIN LEVEL**
  **NEW ROCHELLE, NY 10801**
I served a true copy of the
  **SUMMONS AND COMPLAINT**
  **CIVIL COVER SHEET**

upon **NEW ROCHELLE MEDICAL CENTER N/K/A SOUND SHORE MEDICAL CENTER OF WESTCHESTER**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
  **JEFFREY STIER--SENIOR VICE PRESIDENT MEDICAL DIRECTOR**
  **AUTHORIZED TO ACCEPT**
a true copy of each thereof.

 Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
  SEX: **MALE**          COLOR: **WHITE**        HAIR: **BROWN**
  APP. AGE: **65**       APP. HT: **5:11**       APP. WT: **180**

OTHER IDENTIFYING FEATURES: **GLASSES**


Sworn to before me this
25th  day of  July, 2008i



KENNETH WISSNER                          JEFFREY CAMPOLO
Notary Public, State of New York         AETNA  CENTRAL  JUDICIAL  SERVICES
  No.01WI4714130                         225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY             NEW YORK, NY, 10007
Commission Expires 03/30/2010            Reference No: 7BY139655