Form 27 - GENERAL PURPOSE

**BABCHIK & YOUNG, LLP**
**ATTN: MATT SOLOMON**

UNITED STATES SOUTHERN DIST. COURT    NEW YORK COUNTY

---

WILLIAM KORTLEVEN, ON BEHALF OF                plaintiff
HIMSELF AND ALL OTHERS SIMILARLY SIT
    - against -

NEW ROCHELLE MEDICAL CENTER N/K/A         defendant
SOUND SHORE MEDICAL CENTER OF WESTCHESTER

Index No. **08-CIV-6295**

Date Filed  ............

Office No.

Court Date:   / /

---

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**JEFFREY CAMPOLO**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
 That on the  **23rd  day of July, 2008**     at  **10:42 AM.**,              at
 **16 GUION PLACE MAIN LEVEL**
 **NEW ROCHELLE, NY 10801**
I served a true copy of the
 **SUMMONS AND COMPLAINT**
 **CIVIL COVER SHEET**

upon **NEW ROCHELLE HOSPITAL**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
 **JEFFREY STIER-SENIOR VICE PRESIDENT MEDICAL DIRECTOR**
 **AUTHORIZED TO ACCEPT**
a true copy of each thereof.

 Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
  SEX: **MALE**            COLOR: **WHITE**         HAIR: **BROWN**
  APP. AGE: **65**         APP. HT: **5:11**        APP. WT: **180**

OTHER IDENTIFYING FEATURES: **GLASSES**

Sworn to before me this
25th  day of  July, 2008i

KENNETH WISSNER
Notary Public, State of New York
 No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JEFFREY CAMPOLO
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7BY139656