Form 07 - CORPORATION

**BABCHIK & YOUNG, LLP**
**ATTN: MATT SOLOMON**

UNITED STATES SOUTHERN DIST. COURT — NEW YORK COUNTY

---

| | |
|---|---|
| WILLIAM KORTLEVEN, ON BEHALF OF     plaintiff | Index No. 08-CIV-6295 |
| HIMSELF AND ALL OTHERS SIMILARLY SITUATED | Date Filed ............ |
| - against - | Office No. |
| NEW ROCHELLE MEDICAL CENTER N/K/A     defendant | |
| SOUND SHORE MEDICAL CENTER OF WESTCHESTER | Court Date:  / / |

---

STATE OF NEW YORK, COUNTY OF NEW YORK              :SS:

**RICHARD RUBINSTEIN**     being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **23rd** day of **July, 2008** at **12:55 PM.**,          at
   **3002 MERRICK ROAD**
   **BELLMORE, NY 11710**

I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **CIVIL COVER SHEET**

upon **STERN & STERN, P.C.**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
   **BILL "SMITH", MANAGING AGENT WHO REFUSED LAST NAME**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
   SEX: **MALE**      COLOR: **WHITE**      HAIR: **BROWN****
   APP. AGE: **40**   APP. HT: **6:2**      APP. WT: **250**

OTHER IDENTIFYING FEATURES:  ****LONG**

Sworn to before me this
5th  day of August,         2008i

JOEL GOLUB
Notary Public, State of New York
   No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

............................
RICHARD RUBINSTEIN
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7BY139657